UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 12, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIANA NAPLES,

Defendant.

Case No. 2:14-cr-00022-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TIANA NAPLES ,

Case No. 2:14-cr-00022-JAM  from custody for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

      X     Bail Posted in the Sum of $  25,000

          X    Unsecured Appearance Bond $  25,000, co-signed by mother

          \_\_\_\_\_    Appearance Bond with 10% Deposit

          \_\_\_\_\_    Appearance Bond with Surety

          \_\_\_\_\_    Corporate Surety Bail Bond

          X    (Other):  Pretrial services conditions

Issued at Sacramento, California on February 12, 2014 at 2:15 PM

By: *Carolyn L. Delaney*

Magistrate Judge Carolyn K. Delaney