| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | 801 "I" Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | |
| | Attorney for Defendant |
| 5 | TIANA NAPLES |

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00022 JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| MARCUS A. COOPER, et al., | ) | DATE: July 22, 2014 |
| | ) | TIME: 9:30 a.m. |
| Defendants. | ) | JUDGE: Hon. John A. Mendez |
| | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through its counsel MATTHEW MORRIS, Assistant U.S. Attorney; defendant TIANA NAPLES by and through her counsel, BENJAMIN GALLOWAY; and defendant LETICIA A. ROQUE by and through her counsel, TASHA P. CHALFANT that the status conference set for Tuesday, June 17, 2014 be continued to Tuesday, July 22, 2014 at 9:30 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

Specifically, defense counsel needs additional time to investigate the facts of the case and review discovery with client. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a

speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated:  June 11, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
TIANA NAPLES

Dated:  June 11, 2014

*/s/ Tasha P. Chalfant*
TASHA P. CHALFANT
Attorney for Defendant
LETICIA A. ROQUE

Dated: June 11, 2014

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 17, 2014, be continued to July 22, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from June 17, 2014, to and including, July 22, 2014, the status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: June 11, 2014

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge