TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
LETICIA A. ROQUE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS A. COOPER,<br>TIANA E. NAPLES,<br>LETICIA A. ROQUE,<br><br>Defendants. | No. 2:14-CR-00022 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through his/her counsel of record, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for status on July 22, 2014.

2. By this stipulation, the defendants now move to continue the status conference until September 30, 2014, and to exclude time between July 22, 2014, and September 30, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a.  The government has represented that the discovery associated with this case includes approximately 400 pages of investigative reports and related documents in electronic form.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.  Counsel for each defendant desires additional time to review discovery, confer with his/her client to discuss the status of the case, review the sentencing guidelines and possible defenses and conduct investigation.

c.  Counsel for each defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 22, 2014 to September 30, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 17, 2014                                         U.S. ATTORNEY

                                        by:   /s/ Matthew Morris
                                                MATTHEW MORRIS
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

Dated:  July 17, 2014                                         /s/  Tasha Paris Chalfant
                                                TASHA PARIS CHALFANT
                                                Attorney for Defendant
                                                LETICIA A. ROQUE

Dated:  July 17, 2014                                         /s/  Ben D. Galloway
                                                BEN D. GALLOWAY
                                                Attorney for Defendant
                                                TIANA E. NAPLES

Dated:  July 17, 2014                                         /s/  Candice L. Fields
                                                CANDICE L. FIELDS
                                                Attorney for Defendant
                                                MARCUS A. COOPER

## O R D E R

IT IS SO FOUND AND ORDERED this 17th day of July,  2014.

                                                /s/ JOHN A. MENDEZ
                                                HON. JOHN A. MENDEZ
                                                UNITED STATES DISTRICT JUDGE