HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
TIANA NAPLES

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTERN DISTRCIT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:14-CR-00022 JAM |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| MARCUS A. COOPER, et al., | ) ) | DATE: November 18, 2014 TIME:   9:30 a.m. |
| Defendants. | ) ) ) | JUDGE: Hon. John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through its counsel MATTHEW MORRIS, Assistant U.S. Attorney; defendant TIANA NAPLES by and through her counsel, BENJAMIN GALLOWAY; defendant MARCUS COOPER by and through his counsel CANDICE FIELDS and defendant LETICIA ROQUE by and through her counsel, TASHA P. CHALFANT that the status conference set for Tuesday, September 30, 2014 be continued to Tuesday, November 18, 2014 at 9:30 a.m.   The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

Specifically, defense counsel needs additional time to investigate the facts of the case and review discovery with their clients.  The parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated:  September 26, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
TIANA NAPLES

Dated:  September 26, 2014

*/s/ Tasha P. Chalfant*
TASHA P. CHALFANT
Attorney for Defendant
LETICIA A. ROQUE

Dated:  September 26, 2014

*/s/ Candice Fields*
CANDICE FIELDS
Attorney for Defendant
MARCUS COOPER

Dated: September 26, 2014

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Attorney for Plaintiff

# **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 30, 2014, be continued to November 18, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from September 26, 2014, to and including, November 18, 2014, the status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: September 26, 2014

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge