TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Tel. (916) 444-6100
Fax (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
LETICIA A. ROQUE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARCUS A. COOPER,<br>TIANA E. NAPLES,<br>LETICIA A. ROQUE,<br><br>    Defendants. | No. 2:14-CR-00022 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through his/her counsel of record, hereby stipulate and request that the Court make the following findings and Order as follows:

1.  By previous order, this matter was set for status conference on May 19, 2015. The Court on its own motion moved the status conference to June 16, 2015.

2.  By this stipulation, the defendants now move to continue the status conference until August 11, 2015, and to exclude time between June 16, 2015, and August 11, 2015, under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes hundreds of pages of investigative reports, discs of computer forensic data and related documents in electronic form. We believe that all discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for each defendant desires additional time to obtain and review the new discovery, confer with his/her client to discuss the status of the case, conduct investigation, review the sentencing guidelines and conduct other necessary research.

c. Counsel for each defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 16, 2015 to August 11, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 28, 2015                                             U.S. ATTORNEY

                                                        by:     /s/ Matthew Morris
                                                                MATTHEW MORRIS
                                                                Assistant U.S. Attorney
                                                                Attorney for Plaintiff


Dated:  May 28, 2015                                             /s/  Tasha Paris Chalfant
                                                                 TASHA PARIS CHALFANT
                                                                 Attorney for Defendant
                                                                 LETICIA A. ROQUE


Dated:  May 28, 2015                                             /s/  Ben D. Galloway
                                                                 BEN D. GALLOWAY
                                                                 Attorney for Defendant
                                                                 TIANA E. NAPLES


Dated:  May 28, 2015                                             /s/  Candice L. Fields
                                                                 CANDICE L. FIELDS
                                                                 Attorney for Defendant
                                                                 MARCUS A. COOPER


**O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of May, 2015.

                                                                 /s/ JOHN A. MENDEZ

                                                                 _____
                                                                 HON. JOHN A. MENDEZ
                                                                 UNITED STATES DISTRICT JUDGE